UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELAYNE SEIDMAN,<br><br>         Plaintiff,<br><br> - against -<br><br>OATH INC.<br><br>         Defendant. | Docket No. 1:18-cv-7822<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Helayne Seidman ("Seidman" or "Plaintiff") by and through her undersigned counsel, as and for her Complaint against Defendant Oath Inc., ("Oath" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of Ciro Ortiz, an eleven-year old child who gave advice to subway riders in New York City, owned and registered by Seidman, a New York based professional photographer. Accordingly, Seidman seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant resides in and/or transacts business in New York.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Seidman is a professional photographer in the business of licensing her photographs to online and print media for a fee having a usual place of business at 16 St. Marks Place. Apt 4B, New York, New York 10003.

6. Upon information and belief, Oath is a foreign business corporation duly organized and existing under the laws of the State of Delaware, with a place of business at 770 Broadway, New York, New York 10003. Upon information and belief Oath is registered with the New York Department of State Division of Corporations to do business in the State of New York. At all times material, hereto, Oath has owned and operated a website at the URL: www. Huffingtonpost.com (the "Website").

## STATEMENT OF FACTS

**A. Background and Plaintiff's Ownership of the Photograph**

7. Seidman photographed Ciro Ortiz, an eleven-year old child who gave advice to subway riders in New York City (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8. Seidman then licensed the Photograph to New York Post. On December 11, 2016, the New York Post ran an article that featured the Photograph titled *Subway riders are turning to this 11-year-old shrink for advice.* See URL https://nypost.com/2016/12/11/subway-riders-are-turning-to-this-11-year-old-shrink-for-advice/. Seidman's name was featured in a gutter credit identifying her as the photographer of the Photograph. A true and correct copy of the article is attached hereto as Exhibit B.

9.  Seidman is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

10. The Photograph was registered with the United States Copyright Office and was given registration number VA 2-037-048. See Exhibit C.

**B.  Defendant's Infringing Activities**

11. On or about December 24, 2016, Oath ran an article on the Website titled *This Big-Hearted Kid 'Therapist' Offers Emotional Support to Stressed Out Adults For $2*. See URL: *https://www.huffingtonpost.com/entry/ciro-ortiz-emotional-advice-kid_us_585de0bee4b0de3a08f56db7*. The article prominently featured the Photograph. A screen shot of the Photograph on the article is attached hereto as Exhibit D.

12. Oath did not license the Photograph from Plaintiff for its article, nor did Oath have Plaintiff's permission or consent to publish the Photograph on its Website.

## CLAIM FOR RELIEF
## (COPYRIGHT INFRINGEMENT AGAINST OATH)
## (17 U.S.C. §§ 106, 501)

13. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-12 above.

14. Oath infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Oath is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

15. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

16. Upon information and belief, the foregoing acts of infringement by Defendant have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

17. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

18. Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photograph, pursuant to 17 U.S.C. § 504(c).

19. Plaintiff further is entitled to her attorney's fees and full costs pursuant to 17 U.S.C. § 505.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Oath be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. That Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded her costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

5. That Plaintiff be awarded pre-judgment interest; and

6. Such other and further relief as the Court may deem just and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
       August 27, 2018

                                              LIEBOWITZ LAW FIRM, PLLC

                                              By: /s/Richard Liebowitz
                                                Richard Liebowitz
                                              11 Sunrise Plaza, Suite 305
                                              Valley Stream, New York 11580
                                              Tel: (516) 233-1660
                                              RL@LiebowitzLawFirm.com

                                              *Attorneys for Plaintiff Helayne Seidman*