# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-037-048**

Effective Date of Registration:
January 25, 2017

## Title

**Title of Work:** Group Registration of published photographs; Helayne Seidman-2016 Photos; all published 12/03/2016-12/25/2016; 10 photographs

**Content Title:** Seidman, CBGB awning, 12/3/2016.jpg
Seidman, Drew Bushong, 12/3/2016.jpg
12/03/2016

Seidman, Topshop, 12/4/2016.jpg

Seidman, Daniel Felicetti, 12/5/2016.jpg

Seidman, Steve Cuozzo, 12/10/2016.jpg

Seidman, 696 Madison Avenue, 12/11/2016.jpg
Seidman, Ciro Ortiz 2, 12/11/2016.jpg
Seidman, Ciro Ortiz, 12/11/2016.jpg
12/11/2016

Seidman_ Bagatelle 2 12/25/2016.jpg
Seidman_ Bagatelle 12/25/2016.jpg
12/25/2016

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** December 03, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Helayne Seidman
  **Author Created:** photograph
  **Work made for hire:** No
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Helayne Seidman
16 Saint Marks Place-Apt 4B, New York, NY, 10003, United States

Page 1 of 2

## Certification

**Name:** Richard Liebowitz
**Date:** January 25, 2017

**Copyright Office notes:** Regarding publication: range of publication dates is 12/03/2016 to 12/25/2016

**Registration #:** VA0002037048
**Service Request #:** 1-4376247088

Liebowitz Law Firm, PLLC
Richard Liebowitz
11 Sunrise Plaza - Suite 305
Valley Stream, NY 11580 United States