UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| HELAYNE SEIDMAN, | |
| Plaintiff, | 18-cv-7822 (ALC) |
| -against- | **STIPULATION REGARDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT** |
| OATH INC., | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above captioned action, acting by means of their respective counsel, that the time for Defendant to answer, move, or otherwise respond with respect to the Complaint in the above matter is hereby extended from October 25, 2018 to November 26, 2018.

This is the parties' second stipulated extension of time. The parties are currently exchanging settlement offers and believe the additional time will help bring the case to a resolution. No other dates would be affected by the extension.

For the Defendant:

By: _____

Jennifer A. Golinveaux, Esq.
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Fax: (415) 591-1400
jgolinveaux@winston.com

Date: October 24, 2018

For the Plaintiff:

By: _____

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Telephone: (516) 233-1660
Fax: (516) 612-2740
RL@liebowitzlawfirm.com

Date: October 24, 2018

SO ORDERED this ____ day of _____, 2018:

_____
U.S.D.J.