# Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

May 24, 2019

Honorable Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Seidman v. Oath Inc. (1:18-cv-7822-ALC)*

Dear Judge Carter,

We represent Plaintiff, Helayne Seidman, in the above in-captioned case. The parties have not started discovery as of yet. The parties will submit a proposed case management plan within 14 days for the Court's consideration. The parties continue to negotiate but have not yet reached a settlement agreement.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Helayne Seidman*

