USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/23/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x
HELAYNE SEIDMAN,  :
 :
                **Plaintiff,**  :
 : 18-CV-7822 (ALC)
   -against-  :
 : **ORDER**
OATH INC.,  :
 :
                **Defendant.**  :
 :
------------------------------------------------------------------------- :
                                                    x

**ANDREW L. CARTER, JR., District Judge:**

     The Parties are hereby **ORDERED** to submit a Joint Status Report on or before January 31, 2020.

**SO ORDERED.**

Dated:     January 23, 2020
                New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**