

January 31, 2020

Honorable Andrew L. Carter Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Seidman v. Oath Inc.* (1:18-cv-7822-ALC)

Dear Judge Carter,

The parties would like discovery to commence in the action. The parties will continue discussing settlement during discovery. The parties will submit a joint discovery plan within the next 2 weeks.


Sincerely,


/s/Richard Liebowitz

Counsel for Plaintiff