# Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

April 28, 2020

Honorable Andrew L. Carter Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Seidman v. Oath Inc. (1:18-cv-7822-ALC-SDA)*

Dear Judge Carter,

We represent Plaintiff, Helayne Seidman, in the above-captioned case. We write pursuant to the Parties' Joint 26(f) Report, ECF No. 23, and with Defendant's consent, to update the Court on the status of the Parties' settlement discussions. While the Parties continue to discuss settlement, they have decided not to request a settlement conference with the Court at this time.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Helayne Seidman*

