UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELAYNE SEIDMAN<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>OATH INC.<br><br>　　　　　　　　Defendant. | STIPULATION OF SETTLMENT DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))<br><br>Case No.: 1:18-cv-7822-ALC-SDA |

IT IS HEREBY STIPUALTED, between the parties that a settlement has been reach and the above action shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and attorneys' fees.

*Richard Liebowitz*

---
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: June 16, 2020
*Attorney for Plaintiff Helayne Seidman*

---
Jennifer A. Golinveaux
Winston & Strawn LLP
101 California Street

San Francisco, CA 9411-5840
415-591-1506
JGolinveaux@winston.com
*Attorney for Defendant Oath Inc.*

SO ORDERED:_____
                Honorable Andrew L. Carter Jr.